IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

CASE NUMBER: 8:24-cv-1949-WFJ-CPT

GS HOLISTIC, LLC,

Plaintiff,

v.

LRL OF JAX LLC d/b/a DRIPPY SMOKE SHOP and LUCIANO APA, REBAL KHALLAF, and LORANCE MAKHLOUF,

Defendants.
________________________________/

**Plaintiff's Response to Order (DE 52)**

The Plaintiff, GS HOLISTIC, LLC (hereinafter referred to as "GS"), by and through its undersigned counsel, hereby files its response to this Court's Order (DE 52). On January 7, 2026, undersigned counsel recently entered his appearance on this matter (DE 48). From the review of the docket, it appears that the Clerk of Court assigned the case shortly after the complaint was filed to the Tampa Division on August 20, 2024 (DE 2). Although it seems that the Jacksonville Division might be closer to the Defendants, they have not raised this issue in their Answer and Affirmative Defenses (DE 28).

EDDY LEAL, P.A.
777 Brickell Avenue, Suite 500
Miami, FL 33131
Phone: 305-979-3900
Email: EL@leallegal.com
E-Service: eservice@leallegal.com

By: /s/ Eddy Leal
Eddy Leal, Esq.
Florida Bar No. 96030

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this January 19, 2026, I electronically filed the foregoing document with the Clerk of the Court via CM/ECF and it was sent electronically to all NEF registered parties.

/s/ Eddy Leal
Eddy Leal, Esq.
Florida Bar No.
96030