**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

GS HOLISTIC, LLC,

Plaintiff,

v. Case No. 8:24-cv-1949-WFJ-CPT

LRL OF JAX, LLC, *et al.*,

Defendants.
______________________________/

# ORDER

Plaintiff GS Holistic, LLC, initiated this action for trademark infringement, counterfeiting, and false designation of origin and unfair competition under the Lanham Act. As noted by the undersigned in its show cause order regarding transfer to the Jacksonville Division: "The defendant principals and the defendant smoke shop appear to be Jacksonville based." Dkt. 52. In the responses to the show cause order, Defendants acknowledge that no connection exists to the Tampa Bay area and the venue of filing was erroneously noted. Dkts. 54, 55. Thus, there is no connection with the Tampa Division either *ab initio* or currently.

Pursuant to Local Rule 1.04(b), M.D. Fla., this action is transferred to the Jacksonville Division. The Clerk is directed to effectuate transfer and thereafter close this case.

**DONE** and **ORDERED** in Tampa, Florida, on January 22, 2026.

WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE